JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YEISON CHACON ACEVEDO,

                Plaintiff,

      v.

KRISTI NOEM, *et al.*,

                Defendants.

Case No. 5:25-cv-02767-FLA (RAO)

**JUDGMENT**

Pursuant to the court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 12) is GRANTED in part, as detailed in the Report and Recommendation of United States Magistrate Judge (Dkt. 21), and Judgment is ENTERED in Petitioner's favor.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1